IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

v.  Case No. 06-06016-01-CR-SJ-FJG

JHANMAY MOLINA-PEREZ

AUSA: Gregg Coonrod
Defense Atty.: Jeff Morris, Christina Marie Birgensmith

| JUDGE | **Sarah W. Hays** United States Magistrate Judge | DATE AND TIME | **July 1, 2008** 11:30AM-12:00 PM |
|---|---|---|---|
| DEPUTY CLERK | Lori Carr | TAPE/REPORTER | FTR/L. Carr |
| INTERPRETER | Marcella Renna | PRETRIAL/PROB: | |

# CLERK'S MINUTES

PRETRIAL CONFERENCE

**REMARKS:** Parties present in person and with counsel. Pretrial conference held. The court takes up pending motions, finding as moot defendant's Motion to Compel Disclosure (Doc. 40), Motion to Sever Defendants (Doc. 82), Motion in Limine (Doc. 94) and Motion for Bill of Particulars (Doc. 151). Defendant's Motion in Limine to Exclude Evidence Related to Firearms with Suggestions in Support (Doc. 152) and Defendant's Motion in Limine and Renewed Motion Concerning Exclusion of Firearms Evidence (Doc. 160) remain pending as the ruling will be made by the District Court Judge. Parties are requesting that this matter be set on the 1st week of the criminal docket.